Edmundo ZUNIGA–ALDAMA,
Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 10–72267.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 13, 2012.*

Filed Nov. 16, 2012.

John Martin Pope, Pope & Associates, PC, Phoenix, AZ, for Petitioner.

OIL, Lisa Damiano, Trial, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CANBY, TROTT, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Edmundo Zuniga–Aldama, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's ("IJ") decision denying his application for cancellation of removal. Our jurisdiction is governed by 8 U.S.C. § 1252. We review de novo questions of law, *Vilchez v. Holder*, 682 F.3d 1195, 1198 (9th Cir.2012), and we dismiss in part and deny in part the petition for review.

We lack jurisdiction to review the agency's discretionary determination that Zuniga–Aldama failed to demonstrate exceptional and extremely unusual hardship to a qualifying relative. *See Martinez–Rosas v. Gonzales*, 424 F.3d 926, 930 (9th Cir. 2005).

Zuniga–Aldama has failed to establish any legal error in the IJ's consideration of the evaluation from his medical expert.

**PETITION FOR REVIEW DISMISSED in part; DENIED in part.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.